UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: *Aribelle Jones*                )          Case No. _____
                                       )
                                       )          Chapter 13 Plan
                                       )
                         Debtor(s)     )

Last four digits of SSN (Debtor): *2042*
Last four digits of SSN (Joint Debtor):

Attorney for Debtor: *Alexander G. Tuttle, Esq.*

**PLAN CONTENTS**

I. FUNDING OF THE PLAN
    A. NET MONTHLY INCOME
    B. PLAN PAYMENTS AND DURATION
    C. SOURCE OF PAYMENTS
II. DISBURSEMENTS FROM TRUSTEE
    A. ADMINISTRATIVE COSTS
        1. Trustee's Compensation
        2. Attorney's Fee
        3. Unpaid Filing Fees
    B. PAYMENTS TO SECURED CLAIMANTS
        1. Secured Claims NOT Subject to 11 U.S.C. § 506
        2. Secured Claims Subject to 11 U.S.C. § 506
        3. Arrearages on Secured Claims
    C. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
        1. All Assumed Executory Contracts and Unexpired Leases
        2. Executory Contracts and Unexpired Leases Paid Through Plan
    D. PAYMENTS TO UNSECURED PRIORITY CLAIMANTS
        1. Regular Payments on Unsecured Priority Claims
        2. Arrearage Payments
    E. PAYMENTS TO GENERAL UNSECURED CLAIMANTS
        1. General Unsecured
        2. Special Unsecured
        3. Other Special Unsecured
III. DIRECT PAYMENTS BY DEBTOR
IV. MISCELLANEOUS PROVISIONS
    A. PROPERTY TO BE SURRENDERED
    B. LIEN AVOIDANCE
    C. REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES
    D. REVESTMENT
    E. ADDITIONAL PROVISIONS

**CHAPTER 13 PLAN**

*Aribelle Jones*, Debtor(s) (hereinafter "Debtor"), propose the following Plan under the provisions of title 11, U.S.C.:

**I. FUNDING OF THE PLAN**

The Debtor shall commit the following future earnings, property, or other income to the custody and control of the standing trustee to fund the plan:

A. NET MONTHLY INCOME

    Husband & Wife's Monthly Take Home: *$0.00*
    Less Expenses: *$0.00*
    DISPOSABLE INCOME: *$0.00*

B. PLAN PAYMENTS AND DURATION

The Debtor will pay to the Trustee:

The debtor will pay to the trustee monthly payments in the equal amount of $ *365.86* per month for a period of *60* months.

The total of the regular monthly payments for the period of the plan is $ *21,951.60* .

C. SOURCE OF PAYMENTS

[*x*] Direct Payments from Debtor
[ ] Debtor's Employer

Employer:

**II. DISBURSEMENTS FROM TRUSTEE**

From the payments so received, the Trustee shall make disbursements as follows:

A. ADMINISTRATIVE COSTS

    1. TRUSTEE'S COMPENSATION
        The trustee compensation will be *10.00* % of plan payments disbursed.

    2. ATTORNEY'S FEE

| | |
|---|---|
| Total Attorney Fee: | $1,274.00 |
| Paid Pre-Petition | - $0.00 |
| Expenses | + $0.00 |
| Other Fees After Expenses | + $0.00 |
| Pay Through Plan | $0.00 |

Plan Payments to Attorney:

| PLAN MONTHS | PAYMENT(S) | TOTAL |
|---|---|---|
| *1 - 12* | *$0.00* | *$0.00* |

3. UNPAID FILING FEES

| PAYMENT DATE | PAYMENT(S) | TOTAL |
|---|---|---|
| *None* | | |

B. PAYMENTS TO SECURED CLAIMANTS

Holders of allowed secured claims shall retain the liens securing such claims and shall be paid according to the terms of this plan. Payments towards deficiencies on undersecured claims are with the general unsecured claims where applicable law so provides. To the extent 11 U.S.C. § 1325(a)(9) is applicable the Debtor will pay the full value of the claim. Payments towards arrearages on secured claims are listed under arrearages in paragraph IIB3.

1. SECURED CLAIMS **NOT** SUBJECT TO 11 U.S.C. § 506

| CREDITOR | AMOUNT CLAIMED | ANNUAL INTEREST | VALUE OF COLLATERAL | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| *None* | | | | | | |

2. SECURED CLAIMS SUBJECT TO 11 U.S.C. § 506

| CREDITOR | AMOUNT CLAIMED | ANNUAL INTEREST | VALUE OF COLLATERAL | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| *None* | | | | | | |

3. ARREARAGES ON SECURED CLAIMS

| CREDITOR | ARREARAGE AMOUNT | ANNUAL INTEREST | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|
| *Abington Bank* | *$17,400.00* | *5.00%* | *1 - 60* | *$328.36* | *$19,701.60* |

C. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

1. The following executory contracts and unexpired leases of the Debtor are assumed.

| NON-DEBTOR PARTY TO CONTRACT | DESCRIPTION OF OBLIGATION |
|---|---|
| *None* | |

2. The following assumed executory contracts and unexpired leases are to be paid through the trustee. All other assumed executory contracts and unexpired leases will be listed in "III. Direct Payments by Debtor."

| NON-DEBTOR PARTY TO CONTRACT | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|
| *None* | | | |

D. PAYMENTS TO UNSECURED PRIORITY CLAIMANTS

1. The Debtor shall pay in full, under the terms of this plan, all allowed claims entitled to priority under 11 U.S.C. § 507.

| CREDITOR | NATURE OF PRIORITY CLAIM | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|
| *None* | | | | |

2. Unsecured Priority Arrearages

| CREDITOR | ARREARAGE AMOUNT | ANNUAL INTEREST | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|
| *IRS* | *$0.01* | *12.00%* | | | *$0.00* |

### E. PAYMENTS TO GENERAL UNSECURED CLAIMANTS

1. General Unsecured Claims

This payment class shall be paid pro rata  *1.00*  % of their claims, after all other claims are paid. Unsecured claims shall receive not less than the amount that would be paid on each claim if the estate were liquidated under Chapter 7.

2. Specially Classified Unsecured Claims

| CREDITOR | REASON FOR SPECIAL CLASSIFICATION | INTEREST | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|
| *None* | | | | | |

### III. DIRECT PAYMENTS BY DEBTOR

The Debtor shall make payments, as provided by contract or applicable non-bankruptcy law, directly to the following creditors:

| CREDITOR | NATURE OF DEBT | PLAN MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|
| *Abington Bank* | *Mortgage* | | | *$0.00* |
| *AES/Suntrust Bank* | | | | *$0.00* |
| *IRS* | | | | *$0.00* |
| *Lehman Brothers Holdings Inc* | *Mortgage* | *1 - 60* | *$647.09* | *$38,825.40* |

## IV. **MISCELLANEOUS PROVISIONS**

### A. PROPERTY TO BE SURRENDERED

The Debtor shall surrender the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims.

| CREDITOR | DESCRIPTION OF PROPERTY | AMOUNT CLAIMED | VALUE OF COLLATERAL |
|---|---|---|---|
| *None* | | | |

### B. LIEN AVOIDANCE

The Debtor will file a motion seeking avoidance of the following liens pursuant to 11 U.S.C. 522(f), or other applicable sections of the Bankruptcy Code:

| CREDITOR | AMOUNT CLAIMED | VALUE OF COLLATERAL |
|---|---|---|
| *None* | | |

### C. REJECTED EXECUTORY CONTRACTS

The following executory contracts of the Debtor are rejected:

| OTHER PARTY TO CONTRACT | DESCRIPTION OF AGREEMENT |
|---|---|
| *None* | |

### D. REVESTMENT

Upon confirmation of the Plan, title to all property of the estate shall revest in the Debtor. The Debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein.

### E. OTHER PROVISIONS

*None*

DATED: _____

*/s/ Aribelle Jones*
DEBTOR: *Aribelle Jones*                              CO-DEBTOR:

DEBTOR'S ATTORNEY:

*/s/ Alexander G. Tuttle, Esq.*
*Alexander G. Tuttle, Esq.    206864*
*Tuttle Legal*
*2880 Bergey Rd.*
*Ste. H*
*Hatfield, PA 19440*
*215-552-8162 x/FAX: 215-359-0491*

## SUMMARY OF CHAPTER 13 PLAN

Debtor:  *Aribelle Jones*

**Creditors' Claims**

| | | |
|---|---|---|
| Secured Claims per Schedule D: | $ | 79,472.94 |
| Less Unsecured Portions: | $ | 8,202.00 |
| Less Avoided Liens: | $ | 0.00 |
| Net Secured Claims: | $ | 71,270.94 |
| | | |
| Priority Claims per Schedule E: | $ | 219,214.30 |
| Less Non-priority Portions: | $ | 0.00 |
| Net Priority Claims: | $ | 219,214.30 |
| | | |
| Unsecured Claims per Schedule F: | $ | 22,175.97 |
| + Unsecured Portions from Schedule D: | $ | 8,202.00 |
| + Avoided Liens: | $ | 0.00 |
| + Non-Priority Portions from Schedule E: | $ | 0.00 |
| Total Unsecured Claims: | $ | 30,377.97 |

**Debtor's Assets**

| | | |
|---|---|---|
| Market Value of Property: | $ | 306,940.00 |
| Less Fully Secured Liens: | $ | 71,270.94 |
| Debtor's Equity: | $ | 235,669.06 |
| Less Exempted Amounts: | $ | 27,825.00 |
| Available to Creditors: | $ | 207,844.06 |

**Outcome under Chapter 7**

| | | |
|---|---|---|
| Available to Creditors: | $ | 207,844.06 |
| Less Administrative Fees: | $ | 20,784.41 |
| Less Payments to Priority Claims: | $ | 219,214.30 |
| Available for Payment to General Unsecured: | $ | 0.00 |
| | | |
| Total General Unsecured Claims: | $ | 30,377.97 |
| Percent Distribution: | | 0.00% |

**Outcome under Proposed Plan**

| | | |
|---|---|---|
| Monthly Payments: | $ | 21,951.60 |
| + Other Payments: | $ | |
| Total Payments: | $ | 21,951.60 |
| Less Trustee Fee: | $ | 2,195.16 |
| Less Outstanding Attorney Fee: | $ | 0.00 |
| Available to Creditors: | $ | 19,756.44 |
| | | |
| Payments to Priority Claims: | $ | 0.00 |
| Payments to Secured Claims: | $ | 0.00 |
| Payments to Arrearages: | $ | 19,701.60 |
| Payments to Special Unsecured: | $ | 0.00 |
| Payments to General Unsecured: | $ | 54.84 |

## SUMMARY OF CHAPTER 13 PLAN

Total General Unsecured Claims:  *$    5,501.98*
Percent Distribution:    *1.00%*

Page 1 of 1

## LIQUIDATION ANALYSIS

| PROPERTY | MARKET VALUE | LIENS | DEBTOR'S EQUITY | EXEMPT AMOUNT | BALANCE |
|---|---|---|---|---|---|
| Real Property | $290,000.00 | $ 71,270.94 | $218,729.06 | $ 20,200.00 | $198,529.06 |
| Cash on hand | $ 50.00 | $ 0.00 | $ 50.00 | $ 50.00 | $ 0.00 |
| Deposits of money with banks, etc | $ 1,400.00 | $ 0.00 | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Household goods and furnishings | $ 3,000.00 | $ 0.00 | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Books, pictures, art and collections | $ 500.00 | $ 0.00 | $ 500.00 | $ 500.00 | $ 0.00 |
| Wearing apparel | $ 3,100.00 | $ 0.00 | $ 3,100.00 | $ 100.00 | $ 3,000.00 |
| Furs and jewelry | $ 750.00 | $ 0.00 | $ 750.00 | $ 750.00 | $ 0.00 |
| Automobiles, trucks, trailers, etc… | $ 8,140.00 | $ 0.00 | $ 8,140.00 | $ 3,225.00 | $ 4,915.00 |
| TOTAL: | $ 306,940.00 | $ 71,270.94 | $ 235,669.06 | $ 27,825.00 | $ 207,844.06 |

Summary of Liquidation Results

| | |
|---|---|
| Amount Available on Liquidation: | $ 235,669.06 |
| Less Exempted Amounts: | $ 27,825.00 |
| Less Liquidation Expenses: | $ 0.00 |
| Less Administrative Fees: | $ 20,784.41 |
| Remaining Balance: | $ 187,059.65 |
| Payments to Priority Claims: | $ 219,214.30 |
| Available to General Unsecured: | $ -32,154.65 |
| Total of General Unsecured under Chapter 7: | $ 30,377.97 |
| Percent Distribution under Chapter 7: | 0.00 % |

## LIQUIDATION ANALYSIS

| PROPERTY | MARKET VALUE | LIENS | DEBTOR'S EQUITY | EXEMPT AMOUNT | BALANCE |
|---|---|---|---|---|---|
| **Real Property** | | | | | |
| *306 Curtis Drive Wyncote,* | $290,000.00 | $ 71,270.94 | $218,729.06 | $ 20,200.00 | $198,529.06 |
| **Cash on hand** | | | | | |
| *Various unencumbered* | $ 50.00 | $ 0.00 | $ 50.00 | $ 50.00 | $ 0.00 |
| **Deposits of money with banks, etc.** | | | | | |
| *Various unencumbered* | $ 1,400.00 | $ 0.00 | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| **Household goods and furnishings** | | | | | |
| *Various unencumbered* | $ 3,000.00 | $ 0.00 | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| **Books, pictures, art and collections** | | | | | |
| *Various unencumbered* | $ 500.00 | $ 0.00 | $ 500.00 | $ 500.00 | $ 0.00 |
| **Wearing apparel** | | | | | |
| *Various unencumbered* | $ 3,100.00 | $ 0.00 | $ 3,100.00 | $ 100.00 | $ 3,000.00 |
| **Furs and jewelry** | | | | | |
| *Various unencumbered* | $ 750.00 | $ 0.00 | $ 750.00 | $ 750.00 | $ 0.00 |
| **Automobiles, trucks, trailers, etc, and accessories** | | | | | |
| *Various unencumbered* | $ 8,140.00 | $ 0.00 | $ 8,140.00 | $ 3,225.00 | $ 4,915.00 |
| **TOTAL:** | $ 306,940.00 | $ 71,270.94 | $ 235,669.06 | $ 27,825.00 | $ 207,844.06 |

Summary of Liquidation Results

| | |
|---|---|
| Amount Available on Liquidation: | *$ 235,669.06* |
| Less Exempted Amounts: | *$ 27,825.00* |
| Less Liquidation Expenses: | *$ 0.00* |
| Less Administrative Fees: | *$ 20,784.41* |
| Remaining Balance: | *$ 187,059.65* |
| Payments to Priority Claims: | *$ 219,214.30* |
| Available to General Unsecured: | *$ -32,154.65* |
| Total of General Unsecured under Chapter 7: | *$ 30,377.97* |
| Percent Distribution under Chapter 7: | *0 %* |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re *Aribelle Jones*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Alexander G. Tuttle, Esq.*

## DETAILED REPAYMENT SCHEDULE

| CREDITOR NAME | NUMBER OF PAYMENTS | PAYMENT DATES | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|

Class Name: *IIB3.    Arrearages on Secured Claims-Fixed*

| | | | | |
|---|---|---|---|---|
| *Abington Bank* Clm: *$ 17,400.00* | *60* | Month *1-60* | *$ 328.36* | *$ 19,701.60* |
| | | Total Payments to this Class: | *$* | *19,701.60* |

Class Name: *IIE1.    General Unsecured*

| | | | | |
|---|---|---|---|---|
| *Credit One Bank* Clm: *$ 825.00* | *60* | Month *1-60* | *$ 0.14* | *$ 8.22* |
| *HSBC* Clm: *$ 1,415.00* | *60* | Month *1-60* | *$ 0.24* | *$ 14.10* |
| *IRS* Clm: *$ 0.01* | *1* | Month *0* | *$ 0.00* | *$ 0.00* |
| *Midland Credit Management* Clm: *$ 2,762.00* | *60* | Month *1-60* | *$ 0.46* | *$ 27.53* |
| *Orchard Bank* Clm: *$ 499.97* | *60* | Month *1-60* | *$ 0.08* | *$ 4.98* |
| | | Total Payments to this Class: | *$* | *54.84* |

Page *1* of *2*

**DETAILED REPAYMENT SCHEDULE for Aribelle Jones**

| CREDITOR NAME | NUMBER OF PAYMENTS | PAYMENT DATES | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|

Class Name: *IID2.   Arrearages on Unsecured Priority Claims-Fixed*

*IRS*
Clm: *$        0.01*  Collateral: *$         0.00*

Total Payments to this Class:  *$          0.00*

Attorney Fee:  *$          0.00*
Fees Paid through Plan:  *$          0.00*
Total Payment to all Classes:  *$      19,756.44*
Trustee Fee:  *$       2,195.16*
Total Payment through Plan:  *$      21,951.60*

(Does not include amounts paid to Direct Pay Creditors)

Payments Made Directly to Creditors

*Abington Bank*
Clm:*$     36,981.00*  Collateral:*$      290,000.00*

*AES/Suntrust Bank*
Clm:*$     16,674.00*  Collateral:*$             0.00*

*IRS*
Clm:*$    219,214.30*  Collateral:*$             0.00*

*Lehman Brothers Holdings Inc*    60    Month  1-60    *$   647.09*  *$  38,825.40*
Clm:*$     34,289.94*  Collateral:*$      290,000.00*

## ADJUSTMENTS TO CLAIMS

The following unsecured priority claims exceed the maximum amount entitled to priority under 11 U.S.C 507 (a). The claims have been split and the excess amounts added to the list of unsecured claims without priority.

| CREDITOR | CLAIM | PRIORITY PORTION | UNSECURED PORTION |
|---|---|---|---|
| *IRS* | $ *219,214.30* | $ *219,214.29* | $ *0.01* |

Total Adjustment to the Unsecured Claims :

| | |
|---|---|
| Original Total of Unsecured Claims (Schedule F) : | $ *22,175.97* |
| Unsecured Portion of Secured Claims (Schedule D) : | $ *8,202.00* |
| Secured Claims to be Avoided : | $ *0.00* |
| Non-priority Portion of Priority Claims (Schedule E) : | $ *0.00* |
| New Adjusted Total of Unsecured Claims : | $ *30,377.97* |