```
                    United States Bankruptcy Court
                 for the Eastern District of Pennsylvania

In Re:                                     Chapter 13
     ARIBELLE   JONES

Debtor(s)                                  Bankruptcy No.
                                           0913634  BIF

                                ORDER

AND NOW, this _____ day of _____, 2009, having considered the
debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing
Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it
is hereby

     ORDERED that confirmation of debtor's plan is denied.


                                        BY THE COURT

                                        _____
                                        Hon. Bruce I. Fox
                                        BANKRUPTCY JUDGE

cc:

Debtor:

 ARIBELLE   JONES


 306 CURTIS DRIVE
 WYNCOTE   PA   19095

Debtor's Counsel:

 ALEXANDER G.   TUTTLE

 2880 BERGEY ROAD
 HATFIELD   PA   19440


Chapter 13 Standing Trustee:

 William C. Miller, Esquire
 Chapter 13 Standing Trustee
 P.O., Box 40119
 Philadelphia, PA 19106-0119

U.S. Trustee:

  Kevin P. Callahan, Esquire
  Office of the U.S. Trustee
  Eastern District of Pennsylvania
  833 Chestnut Street, Suite 500
  Philadelphia, PA   19107
```